

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-83,818-01

### IN RE RICHARD MAXEY, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 10-01864-CRF-85 IN THE 85TH DISTRICT COURT
### FROM BRAZOS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 85th District Court of Brazos County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Brazos County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order designating issues (ODI) to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

Relator has not filed an application for a writ of habeas corpus in Brazos County. Should the response include an ODI, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. If the trial court entered an ODI, Respondent shall also state whether he complied with Rule of Appellate Procedure 73.4(b)(1). This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: September 16, 2015
Do not publish